UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Helena Pugh,

    Plaintiff,

v.                                     Case No. 16-12057

Commissioner of Social                Honorable Sean F. Cox
Security,

    Defendant.
_____/

**ORDER ADOPTING
3/27/17 REPORT AND RECOMMENDATION**

Plaintiff filed this action under 42 U.S.C. § 405(g), challenging a final decision of the Commissioner of Social Security denying her application for Supplemental Security Income under the Social Security Act. The matter was referred to Magistrate Judge David Grand for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C). Thereafter, the parties filed motions for summary judgment.

On March 27, 2017, Magistrate Judge Grand issued a Report and Recommendation ("R&R") (Docket Entry No. 19) wherein he recommends that: 1) the Commissioner's motion be granted; and 2) Plaintiff's motion be denied.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall

1

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby **ADOPTS** the March 27, 2017 R&R.

**IT IS FURTHER ORDERED** that: 1) the Commissioner's motion is **GRANTED**; 2) Plaintiff's motion is **DENIED**; and 3) the Commissioner's decision is **AFFIRMED.**

**IT IS SO ORDERED.**

              s/Sean F. Cox
              Sean F. Cox
              United States District Judge

Dated: April 17, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 17, 2017, by electronic and/or ordinary mail.

              s/Jennifer McCoy
              Case Manager